**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Tili Logistics Corporation |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-8364271 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 9920 Siempre Viva Road<br>San Diego, CA 92154 | 2498 Roll Dr. , #376<br>San Diego, CA 92154 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| San Diego | **Location of principal assets, if different from principal place of business** |
| County | 9920 Siempre Viva Road San Diego, CA 92154 |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.Tililogistics.com |

6. **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Tili Logistics Corporation                                           Case number *(if known)*_____
          Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    4230

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

| Debtor | Tili Logistics Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   Tili Logistics Corporation
Name

Case number (*if known*) _____

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | Tili Logistics Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 8, 2024___
MM / DD / YYYY

**X** /s/ Sergio Casas-Silva, Jr.                    Sergio Casas-Silva, Jr.
Signature of authorized representative of debtor    Printed name

Title    Executive Vice President

**18. Signature of attorney**

**X** /s/ Steven E. Cowen                    Date June 8, 2024
Signature of attorney for debtor                    MM / DD / YYYY

Steven E. Cowen 132988
Printed name

S. E. Cowen Law
Firm name

333 H St.
Ste. 5000
Chula Vista, CA 91910
Number, Street, City, State & ZIP Code

Contact phone    6192027511    Email address    cowen.christian@secowenlaw.com

132988 CA
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Tili Logistics Corporation |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AFCO Direct 660 Newport Center Drive 10th Floor Newport Beach, CA 92660 | | Unpaid fleet insurance. | | | | $73,778.00 |
| Alpine Advance 5, LLC 46 Washington St., Ste. 6 Middletown, CT 06457 | Gene Rosen Collections@generosen.com 212.529.3600 | Merchant cash advance. | | | | $173,590.00 |
| American Express Business Account P.O. Box 0001 Los Angeles, CA 90096 | Vanessa Thomas 877.215.2552 | Credit card. | | | | $61,000.00 |
| Equify Financial, LLC. AKA Wilkis Brothers, LLC 777  Main St., #3900 Fort Worth, TX 76102 | Mike Santiago Mike.santiago@equifyllc,com 817.490.6813 | Finance agreement for three trucks. | | $259,000.00 | $129,000.00 | $130,000.00 |
| ERC West, Inc. 170 NE 2nd St. St. 74 Boca Raton, FL 33429 | Joseph Wahl Joseph.wahl@btlaw.com 424.239.3741 | Loan. | | | | $198,000.00 |
| Funding Circle 707 17th St., Ste. 2200 Denver, CO 80202 | Gurstel Law Firm 877.344.4002 | Merchant cash advance. | | | | $265,186.00 |
| Global Merchant Cash, Inc. DBA WALL STREET FUNDING 64 Beaver St., Ste. 415 New York, NY 10004 | Richard Ofori Richard@wallfunding.com 202.867.3940 | Merchant cash advance. | | | | $733,959.00 |

Debtor  Tili Logistics Corporation
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ocean Advance, LLC 600 N Broad St., Ste. 5 Middletown, DE 19709 | David Fogel David@dfogelpc.com 516.279.1420 | Merchant cash advance. | | | | $67,428.00 |
| Otay Financial 2496 Roll Dr., Ste. G San Diego, CA 92154 | | Check cashing loan. | | | | $185,000.00 |
| RBLX Funding 2613 E 16th St. Brooklyn, NY 11235 | Val Weber Valeria@tritonrecoveryllc.com 347.506.1137 | Merchant cash advance. | | | | $97,125.00 |
| Rossman Law Group, PLLC Atty. for Hillary Carraway 350 N. 9th, Ste. 500 Boise, ID 83702 | Eric Rossman erossman@rossmanlaw.com 208.331.2030 | Pending lawsuit. | | | | $110,000.00 |
| Servi Amigo 2505 Otay Center Dr. San Diego, CA 92154 | | Check cashing loan. | | | | $123,000.00 |
| Slim Business Funding, LLC 651 N Broad St., Ste. 201 Middletown, DE 19709 | Simon Rosenfeld sbf@slimbusinessfunding.com 516.405.1156 | Merchant cash advance. | | | | $120,000.00 |
| Small Business Administration P.O. Box 3918 Portland, OR 97208-3918 | Account Support Desk Covideidlservicing@sba.gov 833.853.5638 | EIDL loan. | | | | $500,000.00 |
| Speedy Funding, LLC 300 N Main St., Ste. 109 Spring Valley, NY 10977 | John Montoya info3@regentlawfirm.com 713.589.5692 | Merchant cash advance. | | | | $100,000.00 |
| Trans Alliance Bank, Inc. 4185 Harrison Blvd. Ogden, UT 84403 | | Deficiency amount owed on repossessed trucks. | | | | $248,000.00 |
| Trinion 1210 Air Wing San Diego, CA 92154 | | Working capital loan. | | | | $200,000.00 |

Debtor   Tili Logistics Corporation _____   Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WebBank Paypal Working Capital Loans 215 S. State Street, Ste. 1000 Salt Lake City, UT 84111 | Defrim Namani  dnamani@enterpriiserecovery.com 866.290.2260 | Merchant cash advance. | | | | $65,772.00 |
| WEX, Inc. C/O EFS Fuel Cards P.O. Box 639 Portland, ME 04104 | Steven Patterson  spatterson@ggrinc.com 346.336.5680 | Fuel cards. | | | | $111,000.00 |
| Windgate/ACH Capital West, LLC 8791 South Redwood Road Ste.200 West Jordan, UT 84088 | Ray Velez  rvelez@rubinlaw.legal 212.804.7012 | Merchant cash advance. | | | | $128,951.00 |

# United States Bankruptcy Court
## Southern District of California

In re    Tili Logistics Corporation

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Sergio Casas-Silva, Jr.<br>2498 Roll Dr. , #376<br>San Diego, CA 92154 | Common Stock. | 100,000,000 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Executive Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    June  8, 2024

Signature    /s/ Sergio Casas-Silva, Jr.

Sergio Casas-Silva, Jr.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

ABC Checks
AKA ABC Money Exchange/Svcs.
510 E San Ysidro Blvd.
San Ysidro, CA 92173


Adrian Castaneda, JR.
2180 Avenida del Mexico, #36
San Diego, CA 92154


Adrian Pina-Hernandez
589 Blackshaw Lane
Apt. C
San Ysidro, CA 92173


AFCO Direct
660 Newport Center Drive
10th Floor
Newport Beach, CA 92660


Alpine Advance 5, LLC
46 Washington St., Ste. 6
Middletown, CT 06457


American Express
Business Account
P.O. Box 0001
Los Angeles, CA 90096


Anna W. Adamo
Atty. for Equify Financial
12333 Sowden Rd., Ste B
Houston, TX 77080-2059


Arnoldo Zugasti
1635 Ocala Ave.
Chula Vista, CA 91911


Aviles Brothers
Unknown

Bari Financial
10777 Westheimer Rd., Ste.1040
Houston, TX 77042


Barnes and Thornburg, LLP
Joseph M. Wahl
2029 Century Park E., Ste. 300
Los Angeles, CA 90067-2904


Bryson, Wouldfe, P.C.
Attys. at Law
1901 First Ave, Ste. 104
San Diego, CA 92101


Cesaar Hernandez
Unknown


CFG Merchant Solutions, LLC
180 Maiden Lane, 15th Floor
New York, NY 10038


Chase Bank, N.A.
C/o Southwest Rewards
P.O. Box 15298
Wilmington, DE 19850-5298


COMDATA
5301 Maryland Way
Brentwood, TN 37027


Covered California
P.O. Box 989725
West Sacramento, CA 95798


COX Communications
1220 Cleveland Ave M107
San Diego, CA 92103

David Ernesto Gonzalez
Unknown


David Fogel
1225 Franklin Avenue, Suite 20
Garden City, NY 11530


David P. Schack
C/O Finance ERC West Inc
2029 Century Park E., Ste. 300
Los Angeles, CA 90067


Elizabeth Castaneda
2180 Avenida del Mexico, #36
San Diego, CA 92154


Enterprise Recovery, LLC
301 Lacey St.
West Chester, PA 19382


Equify Financial, LLC.
AKA Wilkis Brothers, LLC
777 Main St., #3900
Fort Worth, TX 76102


ERC West, Inc.
170 NE 2nd St.
St. 74
Boca Raton, FL 33429


Ernesto Cortes
Unknown


Faustina Blanco
2493 Roll Dr., #210-428
San Diego, CA 92154

Felipe Hernandez
Unknown


Felix I. Zazueta Higuera
132 West Calle Primera, #8
San Ysidro, CA 92173


Financial Pacific Leasing
3455 S 344th Way, Ste. 300
Auburn, WA 98001


Fleet Masters Truck and
Trailer Repair
9875 NW 115th Way
Miami, FL 33178


Floriberto Pina
Unknown


Francisco Torres
Unknown


Funding Circle
707 17th St., Ste. 2200
Denver, CO 80202


Gene Rosen Law Firm, APC
C/O Alpine Advance 5, LLC
200 Garden City Plaza, #405
Garden City, NY 11530


Global Merchant Cash, Inc.
DBA WALL STREET FUNDING
64 Beaver St., Ste. 415
New York, NY 10004

```
GMH Law
101 West Beaver Road
10th Floor
Troy, MI 48084


GPSTrackit
1080 Holcomb Bridge Rd.,
Bldg 200, Ste. 350


Gurstel Law Firm, P.C.
C/O Funding Circle
9320 East Raintree Dr.
Scottsdale, AZ 85260


Gustavo Alvarado
Unknown


IFTA-BOE
15015 Avenue of Science, Ste.
San Diego, CA 92128-3434


Intuit Financing, Inc.
Dba Quickbooks
2700 Coast Ave.
Mountain View, CA 94043


Isaac Diaz De Leon, IV
1051 Park Meadows Rd.
Chula Vista, CA 91915


Ivan Araujo
Unknown


Jeffrey Zachter
30 Wall St., 8th Floor
New York, NY 10005
```

Jimmy Pineda
Unknown


John Montoya
info3@regentlawfirm.com


Jorge Espinoza
Unknown


Jose Antonio Jimenez
Unknown


Jose Armenta
Unknown


Jose Luis Guerrero
Unknown


Jose Luis Hernandez
Unknown


Juan C. Pompa Montano
12970 Highway 8
Business Space 15
El Cajon, CA 92021


Juan C. Pompa Ortiz
12970 Highway 8
Business Space 15
El Cajon, CA 92021


Juan D. Carpena
300 West Floral Dr.
Monterey Park, CA 91754

Juan Gerrerro
Unknown


Manuel Castellanos
Unknown


Mario Zamudio
Unknown


Martin Rodriguez Ahumada
1531 North Ben Maddox Way
Visalia, CA 93292


Mauro Delgadillo
Unknown


McCarthy, Burgess and Wolff
C/O Citibank N.A. The Home De.
26000 Cannon Rd.
Bedford, OH 44146


Mediexel
Paseo de los Héroes #2507,
Zona Urbana Rio,
Tijuana, B.C.


Midstate Truck and
Trailer Repair
152 Loyd Ct.
Lexington, SC 29073


Momentum Telecom
1 Concourse Parkway NE | Suite
Atlanta, GA 30328

Nabor Gomez
1324 Turquoise Court
Chula Vista, CA 91911-5929


NQGRG, Attn, Nathan Adler
C/O GPSTrackit
One South St., 27th Floor
Baltimore, MD 21202


Ocean Advance, LLC
600 N Broad St., Ste. 5
Middletown, DE 19709


Otay Financial
2496 Roll Dr., Ste. G
San Diego, CA 92154


Pathward National Assoc.
5501 South Broadband Lane
Sioux Falls, SD 57108


Pedro Noriega
14010 Fox Street
San Fernando, CA 91340


Phone Smart
4455 Murphy Canyon Rd.
Ste. 100
San Diego, CA 92123


PNC Bank
300 Fifth Ave.
The Twoer at PNC Plaza
Pittsburgh, PA 15222


Procopio Hargreaves & Savage
525 B St., Ste. 2200
San Diego, CA 92101

```
Rausch Sturm, LLP
Attn. Vanessa Thomas
250 Sunnyslope Road, Ste. 300
Brookfield, WI 53005


RBLX Funding
2613 E 16th St.
Brooklyn, NY 11235


RCI Trucks
Corporate Offices
P.O. Box 928020
San Diego, CA 92192


Red Target, LLC DBA SCJ Comm.
Financial Svcs. C/O Fundbox
17507 South Dupont Hywy, Ste.2
Harrington, DE 19952


Ricardo Cortes
Unknown


Richard Ofori
Wall Funding
64 Beaver St., Ste. 415
New York, NY 10004


Rossman Law Group, PLLC
Atty. for Hillary Carraway
350 N. 9th, Ste. 500
Boise, ID 83702


Ruben Gonzalez
157 Virginia Ave, #2481
San Ysidro, CA 92173


San Diego Gas and Electric
436 H St.
Chula Vista, CA 91910
```

Santos Mongue
Unknown


Sergio Casas-Silva
2498 Roll Dr. , #376
San Diego, CA 92154


Sergio Casas-Silva, SENIOR
2498 Roll Dr. , #376
San Diego, CA 92154


Servi Amigo
2505 Otay Center Dr.
San Diego, CA 92154


Silvestre Landeros
Unknown


SJC, Inc.
Attn. Kayla Risner
17507 S. DuPont Hywy., Srre. 2
Harrington, DE 19952


Slim Business Funding, LLC
651 N Broad St., Ste. 201
Middletown, DE 19709


Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918


Speedy Funding, LLC
300 N Main St., Ste. 109
Spring Valley, NY 10977

State of Calirornia
Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267


T Mobile
P.o. Box 790047
St. louis, MO 63179


The Rubin Law Firm, PLLC
Attn. Anna Rubin/Ray Velez
88 Pine St., Floor 26
New York, NY 10005


Tirso Francisco Chavez
Unknown


Toyota Financial Services
5005 North River Blvd NE
Cedar Rapids, IA 52411


Trans Alliance Bank, Inc.
4185 Harrison Blvd.
Ogden, UT 84403


Trinion
1210 Air Wing
San Diego, CA 92154


Trinion America, Inc.
1210 Air Wing Rd.
San Diego, CA 92154


Triton Recovery Group, LLC.
Attn. Val Weber
19790 W. Dixie Hywy, Ste. 301
Miami, FL 33180

Ventura Elias-Martinez
3532 Bancroft Dr.
Spring Valley, CA 91977


Verizon Wireless
8875 Aero Dr., Ste. 200
San Diego, CA 92123


WebBank
Paypal Working Capital Loans
215 S. State Street, Ste. 1000
Salt Lake City, UT 84111


Wells Fargo
420 Montgomery St.
San Francisco, CA 94104


WEX, Inc.
C/O EFS Fuel Cards
P.O. Box 639
Portland, ME 04104


Windgate/ACH Capital West, LLC
8791 South Redwood Road
Ste.200
West Jordan, UT 84088